UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SALVADOR AGABO-MARTINEZ,<br><br>        Defendant. | CASE NO. 06-651M<br><br>DETENTION ORDER |

Offense charged:

    Alien, previously deported, found in U.S. after re-entering illegally and voluntarily

    18 U.S.C. § 1326(a)

Date of Detention Hearing: 12/06/06

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is reportedly a citizen of Mexico.

(2) The United States alleges that his presences in this country is illegal. There is an immigration detainer pending against him. The issue of detention in this case is therefore essentially moot.

(3) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

(4) His criminal record includes convictions for delivery of cocaine, and for possession of cocaine.

(5) Defendant has been deported from the United States on at least two prior occasions.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1  (4) The clerk shall direct copies of this order to counsel for the United States, to counsel
2  for the defendant, to the United States Marshal, and to the United States Pretrial
3  Services Officer.

4  DATED this 7th day of December, 2006.

      /s/John L. Weinberg
      JOHN L. WEINBERG
      United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)